SAMUEL ROSENBLUM, INC., Respondent, *v.* MERCHANTS REFRIGERATING COMPANY, Appellant.

*Bailment — warehousemen — negligence — damage to stored merchandise
from frost.*

*Rosenblum, Inc.*, v. *Merchants Refrigerating Co.*, 220 App. Div. 834, affirmed.

(Argued January 18, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for damage to onions, stored with defendant under a contract of bailment, alleged to have been caused by defendants negligently permitting them to freeze.

*Henry C. Burnstine* and *Daniel E. Hanlon* for appellant.

*Bernard Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.